UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| JEFFREY BRADSTOCK (#565461) | CIVIL DOCKET NO. 10-1033; SEC. P |
|---|---|
| -vs- | JUDGE DRELL |
| WARDEN WILKINSON, ET AL | MAGISTRATE JUDGE KIRK |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the magistrate judge previously filed herein, the Court concludes that the proposed findings and recommendation are correct under the applicable law.

Additionally, the Court notes the copy of the report and recommendation mailed July 12, 2011 to Mr. Bradstock's last known address was returned to the Clerk of Court on July 18, 2011, marked "return to sender." Thirty days have passed since July 18, 2011, but no correction to Plaintiff's address has been received by the Court. Therefore, dismissal for failure to prosecute under Local Rule 41.3W of the Uniform District Court Rules is also appropriate. Accordingly,

IT IS ORDERED that Plaintiff's civil rights complaint is DISMISSED WITHOUT PREJUDICE.

SIGNED on this 22nd day of August, 2011, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE